UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TARA CAPPS, as administrator of the Estate of MARK CAPPS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:23-cv-01141 |
| METROPOLITAN GOVERNMENT OF NASHVILLE-DAVIDSON COUNTY, TENNESSEE, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Ashley Coon's ("Officer Coon") Motion for Summary Judgment (Doc. No. 58) is **GRANTED**. Plaintiff Tara Capps's ("Mrs. Capps") Fourth Amendment claim against Officer Coon is **DISMISSED WITH PREJUDICE**.

The remaining parties, Mrs. Capps and Defendant Metropolitan Government of Nashville-Davidson County, Tennessee, are to notify the Court as to a date certain by which they will participate in mediation by Monday, **March 3, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE