Motion (64) is **DENIED AS MOOT**.

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TARA CAPPS, as administrator of the ESTATE OF MARK CAPPS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:23-cv-001141 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*, | ) ) ) ) | Chief Judge Crenshaw Magistrate Judge Newbern JURY DEMAND |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO BIFURCATE TRIAL

Sgt. Ashley Coon and Metro Nashville move under Federal Rule of Civil Procedure 42(b) to bifurcate the individual excessive force claim against Sgt. Coon from the municipal liability claims against Metro Nashville into two separate jury trials. Bifurcation will prevent prejudice to Sgt. Coon, reduce the risk of juror confusion, and advance judicial economy. In support of this motion, Sgt. Coon and Metro Nashville invite the Court to consider the accompanying memorandum of law. Undersigned counsel has conferred with counsel for Plaintiff, who opposes this motion.

{N0630796.1}

1