
# METROPOLITAN NASHVILLE POLICE DEPARTMENT
## SPECIAL WEAPONS AND TACTICS TEAM
### SUPPLEMENT REPORT


| Complaint #: | 2023-0008879 | Reporting Officer: | Sgt. Jonathan Frost |
|---|---|---|---|
| Date of Incident: | 01/05/2023 | Case Officer: | Hermitage Patrol/DV |
| Time of Incident: | 1400 hrs. | Date of Report: | 01/11/2023 |
| Location of Incident: | 128 Summit Run Place | Incident Type: | Warrant Service |
| Suspects/Defendants: | Mark Capps (OCA#419215) | | |
| Officers: | Sergeants Frith, Frost, Grindstaff, Holland, Lockwood and Mallery. Officers Baldoni, Birdwell, Brewer, Coon, Dean, Freeland, Hardin, Heimbach, Jarvis, Kallman, Rader and Royer. Tech Officers Belcher and Hees. | | |

### Narrative

On 01/05/23 I was advised of a warrant service attempt on Mark Capps that was involved in a kidnapping and aggravated assault. Domestic Violence and Hermitage Patrol was in process of obtaining two aggravated assault warrants and two aggravated kidnapping warrants on Mark Capps when I was notified.

Prior to the warrants being signed, SRT officers set up on the house to observe if Mr. Capps was still at the residence. Mr. Capps was positively identified by SRT officers when he came out the back door and onto his porch unarmed, he also exited the front door and walked to his car unarmed. It appeared that no one else was within the location. The information I had received from the Domestic Violence Detective was that the wife, daughter, and dogs were out of the location. With the positive identification of Mr. Capps, I began to formulate a plan for the warrant service attempt.

The overall plan was for three SRT officers to approach the front door and three SRT officers to approach the back door and place energetic breaching charges prior to surrounding the residence and making announcements. Once the energetic breaching charges were placed those officers were to make their way to side three/four and side one/four of the residence and take a position of cover, while the rest of the team surrounded the front and back of the residence. This plan has been utilized successfully on multiple high-risk search warrants and barricade operations with no one being injured. The plan was for lights, sirens, and announcements to be made from Rescue 1 for Mr. Capps to come out of the residence. I also had Mr. Capps's cell phone number which I would have called to make contact with him. The next step would have been if Mr. Capps refused to exit the residence an energetic breaching charge would have been used at the back door and a CSI Detective Belcher would have flown a drone within the location to see if we could make contact with Mr. Capps. Based on the facts and circumstances at that time would have been used to formulate our next plan. The breaching charge on the front door would have only been used if the team was to enter the residence if Mr. Capps was still within the location and all other tactics and negotiations have been utilized. Once this plan was briefed and SRT officers were direct on the plan I was advised by the Domestic Violence detective that the warrants were signed and active. At this time SRT officers set the plan into motion.

Prior to leaving the staging area, it was advised over the radio to activate your body-worn camera. As we began to drive towards the residence, I was a part of the team that would have been located in front. While Officer Coon, Officer Rader, and Officer Brewer made their way to the front door of the residence. I and several other SRT officers staged on the roadway several houses down from Mr. Capps's residence. Sgt. Grindstaff was the team leader for the breaching team in the back of the house. Once both breaching teams approached the doors that is when other SRT officers began to make their way to the residence to set up a surround and call out. While I was driving I heard gunshots. I immediately stopped my vehicle and made my way to the front of the

SWAT Form 2017-2



residence. I observed SRT officers making their way into the residence. I also observed broken glass from the storm door. I observed SRT officers taking Mr. Capps into custody and then immediately start providing him with medical care. Mr. Capps was brought outside of the residence by SRT medics and operators. Based on what I was visually observing I based my decisions on that intel. As they brought him outside I advised the team over the radio for them in the back to join us in the front to assist with the clearing of the residence. While waiting for SRT officers to join us at the front door, I radioed Lt. Duncan and asked: "if he was direct?" He advised that he did which meant he knew that shots were fired. and the suspect was down based on the radio traffic between SRT officers and myself. Once more SRT officers came to the front we moved in and began clearing the structure. I assisted in the clearing of the downstairs area near side 4 of the residence. I then began to make my way upstairs and assist with clearing. I assisted in the clearing of the bedroom directly to the left of the staircase and assisted with holding on to the attic as it was cleared by a drone. While I was inside the location Captain Davis, and Lt. Duncan was making the proper notifications. Once all of SRT was out of the location I stayed there until relieved by patrol officers. Once relieved by the patrol officer I began to check with Lt. Duncan to be sure that all notifications were in the process or had already been advised of the incident. Once it was confirmed that all notifications were made I staged on the outside of the perimeter until relieved by command.

---

End of report

*Smith* *ฅ*  1-11-23

SWAT Form 2017-2